

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00749-CR

Modesto **GRANGER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2094
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court